IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHASE BASS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL CASE NO. 1:22-cv-641-ECM |
| UNIFIRST CORPORATION, | ) ) ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal (doc. 23), which comports with FED. R. CIV. P. 41(a)(1)(A)(ii), it is

ORDERED that the stay previously entered in this case is LIFTED to the extent that this action has been DISMISSED with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 12th day of April, 2024.

　　　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE